ETC. March 16, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. F. W. Root* and *Mr. O. W. Dynes* for petitioner. *Mr. Lyle Pettijohn* for respondent.

---

No. 922. HARTFORD ACCIDENT & INDEMNITY COMPANY OF HARTFORD *v.* SOUTHERN PACIFIC COMPANY ET AL. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. C. Brandenburg* for petitioner. No appearance for respondents.

---

No. 931. HENRY P. KEITH, LATE COLLECTOR, ETC., *v.* EMMA B. JOHNSON, AS ADMINISTRATRIX, ETC. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Beck* for petitioner. *Mr. Sidney V. Lowell* for respondent.

---

No. 960. UNITED STATES *v.* JAMES DAUGHERTY. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Beck, Assistant Attorney General Donovan* and *Mr. H. S. Ridgely* for the United States. *Mr. John Spalding Flannery* for respondent.

---

No. 966. CHESAPEAKE & OHIO RAILWAY COMPANY *v.* ANNIE NIXON, ADMINISTRATRIX. April 13, 1925. Petition for a writ of certiorari herein to the Supreme Court of Appeals of the State of Virginia granted. *Mr. Randolph Harrison* for petitioner. No appearance for respondent.